UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

- v -

TREVOR GORDON,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDGE SCHOFIELD

**23 CRIM 326**

NOTICE OF INTENT TO
FILE AN INFORMATION

23 Cr. \_\_\_\_
22 Mag. 9606

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
             June 27, 2023

                          DAMIAN WILLIAMS
                          United States Attorney

          By:   */s/ Derek Wikstrom*
                Derek Wikstrom
                Assistant United States Attorney

AGREED AND CONSENTED TO:

          By:   *Raoul Zaltzberg*
                Raoul Zaltzberg, Esq.
                Attorney for Trevor Gordon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/23