

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2023

**BY CM/ECF**
The Hon. Lorna G. Schofield
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 28.

Dated: September 25, 2023
New York, New York

**L**ORNA **G. S**CHOFIELD
**U**NITED **S**TATES **D**ISTRICT **J**UDGE

Re:   *United States v. Trevor Gordon*, 23 Cr. 326 (LGS)

Dear Judge Schofield:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/ Kedar S. Bhatia
Kedar S. Bhatia
Assistant United States Attorney
212-637-2465