AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 Cr. 326 (LGS) |
| Trevor Gordon | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 10/12/2023

*Attorney's signature*

William Stone, #5594213
*Printed name and bar number*

One Saint Andrew's Plaza
New York, NY 10007

*Address*

william.stone2@usdoj.gov
*E-mail address*

(212) 637-2521
*Telephone number*

*FAX number*