

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2023

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
Southern District of New York
New York, New York 10007

    Re:    *United States v. Trevor Gordon*, 23 Cr. 326 (LGS)

Dear Judge Schofield:

    A status conference in this case is currently scheduled for October 17, 2023. On behalf of the parties, the Government writes to respectfully request that the Court adjourn the upcoming conference for approximately 45 days. The parties are continuing to discuss a pretrial resolution of the case and anticipate that the defendant will be ready to enter a change-of-plea at the next conference.

    The Government respectfully requests that time be excluded under the Speedy Trial Act between October 17, 2023 through the next conference so that the parties can continue to discuss a pretrial resolution. *See* 18 U.S.C. § 3161(h)(7). The Government has consulted with defense counsel, who does not object to the exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    Rebecca T. Dell
    William K. Stone
    Derek Wikstrom
    Assistant United States Attorneys
    (212) 637-2198 / 2521 / 1085

Cc:    Raoul Zaltzberg, Esq. (By ECF)