

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2023

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
Southern District of New York
New York, New York 10007

      Re:    *United States v. Trevor Gordon*, 23 Cr. 326 (LGS)

Dear Judge Schofield:

      A status conference in this case is currently scheduled for December 5, 2023.  On behalf of the parties, the Government writes to respectfully request that the Court adjourn the upcoming conference for approximately 30 days.  The parties are continuing to discuss a pretrial resolution of the case and anticipate that the defendant will be ready to enter a change-of-plea at the next conference.

      The Government respectfully requests that time be excluded under the Speedy Trial Act between October 17, 2023, through the next conference so that the parties can continue to discuss a pretrial resolution.  *See* 18 U.S.C. § 3161(h)(7).  The Government has consulted with defense counsel, who does not object to the exclusion of time.

Application Granted.  The status conference currently scheduled for December 5, 2023, is adjourned to **January 16, 2024, at 11:45 a.m**.  The change of plea hearing is referred to the magistrate judge on duty.  The parties shall schedule a hearing in advance of the January 16, 2024, hearing date. The Court finds that the ends of justice served by excluding the time between today and January 16, 2024, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue.  It is hereby ORDERED that the time between today and January 16, 2024, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 33.
Dated: December 4, 2023
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
    William K. Stone
    Rebecca T. Dell
    Derek Wikstrom
    Assistant United States Attorneys
    (212) 637-2521 / 2198 / 1085

Cc:    Raoul Zaltzberg, Esq. (By ECF)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE