UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVOR GORDON,<br><br>*Defendant.* | **ORDER**<br><br>23 CR 326 (LGS) |

It is hereby ordered:

That terms of Trevor Gordon's release be temporarily modified to allow him to travel to Atlantic City from 12/31/23 to 1/3/24.

The temporary modification will be done in coordination with pre-trial services.

SO ORDERED:

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE