

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2024

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
Southern District of New York
New York, New York 10007

      Re:    *United States v. Trevor Gordon*, **23 Cr. 326 (LGS)**

Dear Judge Schofield:

      A status conference in this case is currently scheduled for January 16, 2023.  The Government has previously advised the Court that the Government anticipates that the defendant will enter a change of plea at the next conference.  (Dkt. 33).  The Court directed the parties to schedule a change of plea hearing before the next conference and referred any such change of plea to the magistrate judge on duty.  (Dkt. 34).

      On behalf of the parties, the Government writes to respectfully request that the Court adjourn the upcoming conference for approximately two weeks.  The parties are continuing to discuss a pretrial resolution of the case and anticipate that the defendant will enter a change of plea before the next conference date.

      The Government respectfully requests that time be excluded under the Speedy Trial Act between January 16, 2024, through the next conference so that the parties can continue to discuss a pretrial resolution.  *See* 18 U.S.C. § 3161(h)(7).  The Government has consulted with defense counsel, who does not object to the exclusion of time.

Application **GRANTED.**  The status conference scheduled for January 16, 2024, is **ADJOURNED** to **February 6, 2024, at 10:30 A.M.**  The Court finds that the ends of justice served by excluding the time between today and February 6, 2024, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because it will allow additional time for the Defendant to engage in discussions of potential resolution of this case. It is hereby **ORDERED** that the time between today and February 6, 2024, is excluded.

Dated: January 12, 2024
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
William K. Stone
Rebecca T. Dell
Derek Wikstrom
Assistant United States Attorneys
(212) 637-2521 / 2198 / 1085

Cc:    Raoul Zaltzberg, Esq. (By ECF)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE