

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 31, 2024

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Trevor Gordon*, 23 Cr. 326 (LGS)

Dear Judge Schofield:

    A status conference in this case is currently scheduled for February 6, 2024. The parties have a change of plea hearing scheduled before United States Magistrate Judge Barbara Moses on February 8, 2024. In light of the impending change of plea, the Government writes on behalf of the parties to respectfully request that the Court adjourn the upcoming conference for approximately three weeks. The Government will promptly submit the transcript of the change-of-plea hearing to the Court following the proceeding, to permit the Court to review and accept the plea. The Government anticipates that, at that time, the Court will be able to set a date for sentencing and cancel the status conference.

    The Government also respectfully requests that time be excluded under the Speedy Trial Act between February 6, 2024, through the next conference date so that the parties can finalize the intended pretrial resolution. *See* 18 U.S.C. § 3161(h)(7). The Government has consulted with defense counsel, who does not object to the exclusion of time.

Application GRANTED.  The status conference scheduled for February 6, 2024, is adjourned to **March 4, 2024, at 10:45 A.M**. The Court finds that the ends of justice served by excluding the time between today and March 4, 2024, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7) (A) because it will provide time for the parties to finalize a pretrial resolution. It is hereby ORDERED that the time between today and March 4, 2024, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 39.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
William K. Stone
Assistant United States Attorney
(212) 637-2521

Cc:    Raoul Zaltzberg, Esq. (By ECF)

Dated: February 1, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE