UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

**v.**

**TREVOR GORDON,**

*Defendant.*

**ORDER**

23 CR 326 (LGS)

It is hereby ordered:

That terms of Trevor Gordon's release be temporarily modified to allow him to travel to Atlantic City and Virginia from 04/12/2024 to 04/16/2024.

The temporary modification will be done in coordination with pre-trial services.

**SO ORDERED:**

Dated: April 12, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**