**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 29, 2024

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007
Schofield_NYSDChambers@nysd.uscourts.gov

> Application Granted. The sentencing hearing currently scheduled for June 3, 2024, is adjourned to **December 2, 2024, at 11:00 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 50.
>
> Dated: May 31, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *United States v. Trevor Gordon*, S1 23 Cr. 326 (LGS)

Dear Judge Schofield:

On February 29, 2024, the Court accepted defendant Trevor Gordon's guilty plea to a two-count superseding information.  (Dkt. 49).  The Court has set a sentencing hearing for June 3, 2024, at 11:00 a.m.  For scheduling purposes, the Government respectfully requests that the Court adjourn the sentencing hearing to a date approximately six months from the date of this letter. Defense counsel consents to this request.

A proposed order adjourning the sentencing is also attached to this letter for the Court's consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc (by ECF):   Raoul Zaltzberg, Esq.