

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 29, 2025

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007
Schofield_NYSDChambers@nysd.uscourts.gov

> Application Granted. Defendant's sentencing hearing is adjourned from June 3, 2025, to **December 2, 2025, at 11:00 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 54.
>
> Dated: May 30, 2025
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *United States v. Trevor Gordon*, S1 23 Cr. 326 (LGS)

Dear Judge Schofield:

   On February 29, 2024, the Court accepted defendant Trevor Gordon's guilty plea to a two-count superseding information. (Dkt. 49). On May 31, 2024, the Court set a sentencing hearing for December 2, 2024, at 11:00 a.m. On November 5, 2024, the Government requested that the Court adjourn the sentencing hearing. (Dkt. 52.) On November 13, 2024, the Court adjourned the sentencing hearing until June 3, 2025, at 11:00 a.m. (Dkt. 53.) For scheduling purposes, the Government respectfully requests that the Court adjourn the sentencing hearing to a date approximately six months from the date of this letter. Defense counsel consents to this request.

   A proposed order adjourning the sentencing is also attached to this letter for the Court's consideration.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney
                    Southern District of New York

                By: William K. Stone
                    Assistant United States Attorney
                    (212) 637-2521

cc (by ECF):   Raoul Zaltzberg, Esq.