UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

TREVOR GORDON,

                               Defendant.

----------------------------------------------------------- X

23 Cr. 326 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing currently scheduled for May 5, 2026, is

adjourned to **August 4, 2026, at 11:00 a.m.**

Dated: April 27, 2026
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**